**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rocket Aerohead Corporation,

Plaintiff,

v.

Archers-Ammo, Inc.,

Defendant.

Case No. 00-1385 DWF/AJB
Judge Donovan W. Frank
Magistrate Judge Arthur J. Boylan

**ORDER**

---

This matter came on before the Court pursuant to the stipulation of the parties for dismissal with prejudice. Based upon the Stipulation of the parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: August 14, 2000

United States District Judge

FILED AUG 14 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK